No. 123. Az Din v. United States. C. A. 9th Cir. Certiorari denied. *Robert W. Kenny* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 126. Waylyn Corporation et al. v. United States. C. A. 1st Cir. Certiorari denied. *William G. Grant* and *Benicio Sanchez Castano* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 127. Koziol v. The Fylgia et al. C. A. 2d Cir. Certiorari denied. *Silas B. Axtell* and *Charles A. Ellis* for petitioner. *James M. Estabrook* and *David P. H. Watson* for Stockholms Rederi A. B. Svea, respondent.

No. 128. Vevelstad et al. v. Flynn. C. A. 9th Cir. Certiorari denied. *R. E. Robertson* for petitioners. *John H. Dimond* for respondent.

No. 129. State Farm Mutual Automobile Insurance Co. v. Harris. C. A. 6th Cir. Certiorari denied. *William M. Hall* for petitioner. *Chas. W. Miles, III* and *W. Morris Miles* for respondent.

No. 130. Ball et al. v. United States. Court of Claims. Certiorari denied. *Samuel I. Sherwood* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.